**Below is the Order of the Court.**

_Brian D. Lynch_
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 10-50257-BDL |
| **Randell Paul Mittge<br>Lorie Aileen Mittge,** | **Order Approving Modified Plan Filed September 5, 2014** |
| Debtor(s). | |

### ORDER

THIS MATTER having come before the Court on the Debtors' Motion to Approve their post-confirmation amended plan, proper service and notice having been given, the Court having examined the files and records, and there being no objections that are unresolved, and the Court being fully advised, it is hereby ORDERED:

1. The Debtors' chapter 13 plan dated filed September 5, 2014, is hereby approved;
2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the modified plan.

/// END OF ORDER ///

Presented by:
/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA # 40476
Law Office of Richard S. Ross, P.C.
Attorney for Debtor(s)

ORDER APPROVING AMENDED PLAN

Matthew Johnson, WSBA # 40476
Law Office of Richard S. Ross, P.C.
1610 Columbia St.
Vancouver, WA 98660
Phone: (360) 699-1400 Fax: (360) 735-1313

Page - 1